**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| Sidney FERNANDEZ RODRIGUEZ, *et al.*, | § § § | |
| Eliane ABREU ABREU, *et al.*, | § § | |
| Arlis BATISTA MATOS, | § § | **Case No.: 7:26-cv-00177-DC-RCG** |
| Randy Miguel CABRERA CORDERO, | § § § | |
| Lisandra Lazara GARCIA BACALLAO, | § § § | |
| Karel GARCIA VIAMONTE, | § § § | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |
| B. F.S., a minor, | § § | |
| Marella FERNANDEZ BALLADARES, | § § § | |
| Osmel FERNANDEZ LOPEZ, | § § | |
| Leosbel FUENTES ALMIRALL, | § § | |
| Lewis FUENTES OBERTO, | § § | |
| Victor Jose FUENTES RUBIO, | § § | |
| Alayn A. JIMENEZ TORRES, | § § | |
| Leandro L. LEON HERNANDEZ, | § § | |
| Yesiel MACIAS RODRIGUEZ, | § § | |
| Maria Eugenia MONTEJO FERNANDEZ, | § § § | |
| Javier PENA LOPEZ, | § § | |
| Alexander PEREZ ARRIOLA, | § § | |

1

Yoan PEREZ DIAZ,                                       §
                                                      §
Kirenia PEREZ HOYOS,                                  §
                                                      §
Liagdamis RABANAL                                     §
ARENCIBIA,                                            §
                                                      §
Yoel RODRIGUEZ PEREZ,                                 §
                                                      §
Roylan RODRIGUEZ GUERRA,                              §
                                                      §
M. L. R. R., a minor,                                 §
                                                      §
Joelmys ROMEOU VIGOA,                                 §
                                                      §
Biancy E. SERRANO LABORI,                             §
                                                      §
Maria Felicia SANCHEZ                                 §
HERNANDEZ,                                            §
                                                      §
Geidys SANTIESTEBAN MACIAS,                           §
                                                      §
M.S.S., a minor,                                      §
                                                      §
Yoandy SANTOS ABREU,                                  §
                                                      §
Javier SIMON LEIRAS,                                  §
                                                      §
David Arturo TEJEDA MANRESA,                          §
                                                      §
Adris Caridad TEJEDA                                  §
MOTAGOITICOA,                                         §
                                                      §
Argenis R. VAILLANT ROSABAL,                          §
                                                      §
Nivaldo E. VAZQUEZ MONTES                             §
DE OCA                                                §
                                                      §
Raul VAZQUEZ PEREZ,                                   §
                                                      §
Yoendris ZEPPENFELDT                                  §
MATURELL,                                             §
                                                      §
                                                      §
                                                      §
                                                      §

2

|  | § |
| *Plaintiffs,* | § |
|  | § |
| Joseph B. EDLOW, in his official capacity as Director of the U.S. Citizenship and Immigration Services, | § |
|  | § |
| U.S. Department of Homeland Security, | § |
|  | § |
| Markwayne MULLIN, in his official capacity as U.S. Secretary of Homeland Security, | § |
|  | § |
| *Defendants.* | |

_____

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

THIS CAUSE came before the Court on Plaintiffs' Motion for Leave to File Third Amended Complaint. The Court, having considered the Motion, and otherwise being duly advised herein, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Plaintiffs shall file the Third Amended Complaint as a separate docket entry within [____] days of this Order.

**DONE AND ORDERED** in Chambers in _____, Texas, this ____ day of ____ 2026.

_____
United States District Court Judge for the Western District of Texas

3